UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DORIS L. MORRISON, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| VS. | ) | 3:22-CV-0181-G |
| | ) | |
| STATE FARM LLOYDS, | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED ORDER OF DISMISSAL

The parties' joint motion to dismiss (docket entry 27) is **GRANTED**. It is hereby **ORDERED** that the instant action against the defendant State Farm Lloyds in the above-entitled and numbered cause be, and hereby is, **DISMISSED** with prejudice. Each party shall bear its own costs.

All other relief not expressly granted herein is denied.

**SO ORDERED**.

August 28, 2023.

_____
**A. JOE FISH**
**Senior United States District Judge**

**AGREED:**

By:   /s/ *Patrick Pijls*
      PATRICK PIJLS,
      Attorney for Plaintiff


By:   /s/ *Armando De Diego*
      ARMANDO DE DIEGO,
      Attorney for Defendant